FERGUSON *et al.*
*vs*
TIPTON *et al.*

---

COVENANT.

*Case* 10.

October 21.

The condition of the injunction bond being "to pay all costs and damages that might be awarded," does not bind obligors for any part of the judgment enjoined, it embraces only the costs and damages awarded in the suit in chancery.

## Ferguson *et al. vs* Tipton *et al.*

ERROR TO THE MONTGOMERY CIRCUIT.

*Injunction Bond. Construction.*

CHIEF JUSTICE ROBERTSON delivered the Opinion of the Court.

THE condition of the Injunction bond, being in this case, as in that of *Ashby* vs *Tureman,* (3d *Littell's Rep.* 6,) only that the obligors would pay *all costs and damages that might be awarded,* we are of the opinion that the Circuit Judge did not err in instructing the jury, in this suit on that bond, that the plaintiff was not entitled to recover any portion of the judgment which was enjoined. The surety cannot be bound beyond the import and legal effect of the condition as written, and that clearly embraces and refers to only such costs and damages as should be awarded on a dissolution of the injunction. The culpable omission by the clerk to include the payment of the judgment also, in the condition, which it was his duty to do, cannot change or affect the constructive or legal effect of the obligation resulting from the actual condition of the bond as signed by the obligors. But had we any doubt on this point, the express decision on the same point in *Ashby* vs *Tureman, supra,* would not be disregarded.

Wherefore, the judgment of the Circuit Court is affirmed.

*Hanson* for plaintiff: *Apperson* for defendant.